UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LAWRENCE I. WECHSLER, | Case No. CV 00-00296 CAS (BQRx) |
| Plaintiff, | ORDER RE CLAIM CONSTRUCTION HEARING |
| v. | |
| MACKE INTERNATIONAL TRADE, INC., ANTHONY O'ROURKE and PETsMART, INC., | |
| Defendants. | |

The Claims Construction Hearing ("Markman hearing") herein has been set for February 23, 2001, at 9:30 a.m. In preparation therefor, the Court orders as follows:

(a) *Meet and Confer.* No later than 20 days prior to the Markman hearing, all parties shall meet and confer for the purpose of preparing a Joint Claim Construction Statement pursuant to subsection (b) of this Section.

(b) *Joint Claim Construction Statement.* No later than 10 days after the parties meet and confer pursuant to subparagraph (a) of this Section, the parties must complete and file a Joint Claim Construction Statement, which shall contain the following information:

(1) the construction of those claims and terms on which the parties agree;

(2) each party's proposed construction of each disputed claim and term, supported by the following information for each such disputed claim:

    (a) identification of the parties' contentions regarding any special or uncommon meanings of words or phrases in the claim;

    (b) all references from the specification that support, describe, or explain the parties' contentions regarding each element of the claim;

    (c) all material in the prosecution history that the parties contend describes or explains each element of the claim; and

    (d) any extrinsic evidence that the parties contend supports their respective proposed construction of the claim, including, but not limited to, expert testimony, inventor testimony, dictionary definitions and citations to learned treatises, as permitted by law.

(3) for each party who proposes to call one or more witnesses at the Markman hearing, the identity of each such witness, the subject matter of each witness' testimony and an estimate of the time required for the testimony.

(c) *Briefing Schedule*. With respect to a Markman hearing, the parties shall comply with the following briefing schedule:

(1) not less than 21 days before the hearing, the party claiming patent infringement must serve and file its opening brief and supporting evidence;

(2) not less than 14 days before the hearing, each opposing party must serve and file its responsive brief and supporting evidence; and

1         (3) not less than 7 days before the hearing, the party claiming patent infringement must serve and file any reply brief and any evidence directly rebutting the supporting evidence contained in an opposing party's response.

Date:    February 14, 2001

*Christina A. Snyder* (signature)
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE