1 | Laurence H. Pretty (SBN 56,019)
Gary J. Nelson (SBN 184,651)
2 | **CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
3 | Post Office Box 7068
Pasadena, CA 91109-7068
4 | Telephone: (626) 795-9900
Facsimile: (626) 577-8800
5 |
6 | Robert E. Wechsler (*Pro Hac Vice*)
**WECHSLER & WECHSLER, P.C.**
One Barstow Road, Suite P-9
7 | Great Neck, NY 11021
Telephone: (516) 773-3565
8 | Facsimile: (516) 466-3778

9 | Attorneys for Plaintiff
**LAWRENCE I. WECHSLER**



IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LAWRENCE I. WECHSLER, | ) Case No. CV-00-00296 CAS (BQRx) |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER |
| v. | ) |
| MACKE INTERNATIONAL TRADE, INC., ANTHONY O'ROURKE, and PETsMART, INC. | ) ~~Hon. Brian Quinn Robbins~~<br>) ~~Hearing Requested: Friday, March 2, 2001~~<br>) ~~at 3:00 P.M.~~ |
| Defendants. | ) |

The Plaintiff, Lawrence I. Wechsler, by his attorneys, having applied *ex parte* for leave to enlarge the time in which to serve a supplemental request, limited to the production of documents concerning the import and sale of the Defendants' "Handi-Drink 2" product, and after hearing attorneys for Defendants, Macke International Trade, Inc. and Anthony O'Rourke, in opposition thereto, it is

1  ORDERED that Plaintiff's *ex parte* application is granted, and that Defendants, Macke
2  International Trade, Inc. and Anthony O'Rourke shall respond to Plaintiff's Second Request for
3  Production of Documents by Defendants, Macke International Trade, Inc. and Anthony O'Rourke,
4  submitted as part of Plaintiff's application, within the time permitted by Rule 34 Fed.R.Civ.P. *and*
5  *the discovery cut-off is extended for this purpose only.*

7  Presented By:                    WECHSLER & WECHSLER, P.C.

8                                   By: /s/ Robert E. Wechsler
9                                        Robert E. Wechsler

10                                  Attorneys for Plaintiff,
                                    **LAWRENCE I. WECHSLER**

13  IT IS SO ORDERED
15  Dated: Feb 27, 2001            /s/ Christina A. Snyder
                                    ~~Brian Quinn Robbins~~ District
16                                  United States ~~Magistrate~~ Judge

# CERTIFICATE OF SERVICE

I certify that on February 20, 2001, a true and correct copy of the foregoing document described as **[PROPOSED] ORDER** was served on the parties in this action by first-class mail by the United States Postal Service addressed as follows:

Conrad R. Solum, Jr.
LYON & LYON, LLP.
633 West Fifth Street, Suite 4700
Los Angeles, CA 90071

Attorneys for Defendants,
Macke International Trade, Inc. and
Anthony O'Rourke

David Abel
Squire, Sanders & Dempsey, L.L.P.
14th Floor, 801 South Figueroa Street
Los Angeles, CA 90017

Attorneys for Defendant,
PETsMART, Inc.

Michael A. Lechter
Squire, Sanders & Dempsey, LLP
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004

Attorneys for Defendant,
PETsMART, Inc.

I declare under the penalty of perjury that I am employed by a member of the bar of this Court at whose direction service was made.

_____
Tammy Tyler

TMT PAS328836 1-*-2/20/01 2 35 PM