

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
CIVIL MINUTES--GENERAL

DATE: June 30, 2003

Case No. CV 00-296-CAS(BQRx): LAWRENCE I. WECHSLER, -V- MACKE INTERNATIONAL TRADE, INC.; ANTHONY O'ROURKE

==================================================================
DOCKET ENTRY
==================================================================

PRESENT:

    Hon. CHRISTINA A. SNYDER, JUDGE

| MAYNOR R. GALVEZ | EMMA LESTRO |
|---|---|
| Deputy Clerk | Court Recorder |

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

THOMAS SMEGAL                                MARK HURVITZ
                                             CONRAD SOLUM

PROCEEDINGS:   STATUS CONFERENCE

Counsel informed the court that a settlement conference is set before Judge Tevrizian on July 17, 2003. Counsel also informed the court that the case against defendant Pets Mart has settled.

The court continued the status conference to September 8, 2003, at 11:00 am.

**IT IS SO ORDERED**

**MINUTES FORM 11**                          Initials of Deputy Clerk ___
**CIVIL - GEN**

