Thomas F. Smegal, Jr. (CSB # 34,819)
Irfan A. Lateef (CSB #204,004)
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Robert E. Wechsler (*Pro Hac Vice*)
**WECHSLER & WECHSLER, P.C.**
One Barstow Road, Suite P-9
Great Neck, NY 11021
Telephone: (516) 773-3565
Facsimile: (516) 466-3778

Attorneys for Plaintiff
**LAWRENCE I. WECHSLER**



FILED
CLERK, U.S. DISTRICT COURT
JUL 7 2003
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE I. WECHSLER, | Case No. CV-00-00296 CAS (JWJx) |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH RESPECT TO DEFENDANT PETsMART, INC.** |
| v. | |
| MACKE INTERNATIONAL TRADE, INC. ANTHONY O'ROURKE, and PETsMART, INC. | |
| Defendants. | |

ENTER ON ICMS
JUL - 8 2003

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for Plaintiff, Lawrence I. Wechsler, and Defendant, PETsMART, Inc., parties to the above entitled action, that:

1. Pursuant to a settlement agreement between Lawrence I. Wechsler and PETsMART, Inc., the claims by Plaintiff, Lawrence I. Wechsler, against Defendant, PETsMART, Inc., and the counterclaims by Defendant, PETsMART, Inc., against Plaintiff, Lawrence I. Wechsler, in the

above entitled action, are dismissed with prejudice, without costs to either party as against the other.

2. Plaintiff, Lawrence I. Wechsler, and Defendant, PETsMART, Inc. shall each bear its own attorneys' fees in connection with the above entitled action.

3. This Stipulation shall not affect the pending claims in the above-entitled action between Plaintiff, Lawrence I. Wechsler, and Defendants, Macke International Trade, Inc. and Anthony O'Rourke.

Dated: June 23, 2003

WECHSLER & WECHSLER, P.C.

By: _____
Robert E. Wechsler

Attorneys for Plaintiff,
**LAWRENCE I. WECHSLER**

IT IS SO ORDERED
Dated 7/2/03

_____
United States District Judge

SQUIRE, SANDERS & DEMPSEY, LLP

By: _____
David E. Rogers

Attorney for Defendant,
**PETsMART, INC.**