Thomas F. Smegal, Jr. (CSB # 34,819)
Irfan A. Lateef (CSB # 204,004)
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, California 92614
Telephone: (949) 760-0404
Facsimile: (949) 721-9502

Attorneys for Lawrence I. Wechsler

Conrad R. Solum, Jr. (CSB # 30,741)
**FULBRIGHT & JAWORSKI LLP**
865 South Figueroa Street, 29th Floor
Los Angeles, CA 90017-2576
Telephone: (213) 892-9200
Facsimile: (213) 680-4518

Attorneys for Defendants MACKE INTERNATIONAL TRADE INC. and ANTHONY O'ROURKE

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LAWRENCE I. WECHSLER, <br><br> Plaintiff, <br><br> v. <br><br> MACKE INTERNATIONAL TRADE, INC., et al. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Civil Action No. CV 00-0296 CAS (BQRx) <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT DISMISSING DEFENDANT ANTHONY O'ROURKE** <br><br> Date: February 2, 2004 <br> Time: 10:00 a.m. <br> Ctrm: 5, 2nd Floor <br><br> The Honorable Christina A. Snyder |

1. Pursuant to Local Rule 7-11, it is hereby stipulated, by and between the parties, through their respective counsel of record and subject to the approval of the Court, that:

1. The hearing on Defendants' Motion for Summary Judgment Dismissing Defendant Anthony O'Rourke, currently scheduled for February 2, 2004, be continued to February 9, 2004, at 10:00 a.m.;

2. Plaintiff's opposition to the motion shall be filed and hand served on January 23, 2004; and

3. Defendants' reply to the motion shall be filed and hand served on February 2, 2004.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 1/13/04      By: /s/ Thomas F. Smegal, Jr.
Thomas F. Smegal, Jr.
Irfan A. Lateef
Attorneys for Plaintiff,
LAWRENCE I. WECHSLER

FULBRIGHT & JAWORSKI LLP

Dated: January 13, '04     By: /s/ Conrad R. Solum, Jr.
Conrad R. Solum, Jr.
Attorneys for Defendants MACKE INTERNATIONAL TRADE INC. and ANTHONY O'ROURKE

IT IS SO ORDERED.

Dated: 1-20-04     /s/ Christina A. Snyder
The Honorable Christina A. Snyder
United States District Court Judge

-1-

## PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California.

On **January 14, 2004** I served the within **Stipulation and [Proposed] Order Continuing Defendants' Motion for Summary Judgment Dismissing Defendant Anthony O'Rourke** on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

**Via Facsimile and First Class Mail:**

> Conrad R. Solum, Jr.
> FULBRIGHT & JAWORSKI LLP
> 865 South Figueroa Street, 29th Floor
> Los Angeles, CA 90017-2576
> Telephone: (213) 892-9200
> Facsimile: (213) 680-4518

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **January 14, 2003**, at Irvine, California.

_____
Shirley Del Rosario

WECHSL.001L
H:\DOCS\SDR\SDR-2993.DOC
011304