UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only ✓

CIVIL MINUTES - GENERAL

Case No.   CV 00-296-CAS                            Date: October 5, 2004

Title:   LAWRENCE I. WECHSLER -V- MACKE INTERNATIONAL TRADE, INC., ET AL

========================================================================

PRESENT:
                    THE HONORABLE CHRISTINA A. SNYDER, JUDGE

           Maynor R. Galvez                          Laura Elias
           Courtroom Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:
THOMAS SMEGAL                           CONRAD SOLUM
PAUL N. CONOVER                         RICHARD S. LUSKIN

_____ DAY COURT TRIAL    1st  DAY JURY TRIAL    X   Jury impaneled and sworn.
                                                     (See separate list.)

  X    Opening statements made

  X    Witnesses called, sworn & testified.
  X    Exhibits identified.    X    Exhibits admitted.

_____ Plaintiff(s) rests.      _____ Defendant(s) _____ rests.

_____ Closing arguments made by _____ _____ Court instructs jury.

_____ Bailiff/matron sworn.   _____ Jury Retires to deliberate.   _____ Jury returns.

_____ Jury Verdict in favor of _____ is read and FILED.

_____ Jury polled.   _____ Polling waived.    _____ FILED jury notes.

_____ FILED witness and exhibit list(s).     _____ FILED jury instructions.

_____ JUDGMENT BY THE COURT in favor of _____ is read and FILED.

_____ Findings, Conclusions of Law & Judgment to be prepared by _____

_____ Submitted.    _____ Briefs to be filed by _____.

_____ Motion of _____ to dismiss is ORDERED   _____ DENIED   _____ GRANTED

_____ Motion of _____ for judgment as a matter of law is _____ DENIED _____ GRANTED

_____ Motion of _____ for mistrial is  _____ DENIED  _____ GRANTED.
             _____ MISTRIAL DECLARED.

_____ Settlement reached and placed on the record.

  X    Case continued to 10/6/04, at 9:30 a.m. for  X   further trial _____ further jury
             deliberations.

  X    Other:   Defendant' motion in limine to preclude plaintiff's evidence of los profit was argued.
The court granted in part and denied in part as per the court reporter's record.

DOCKETED ON CM
OCT 19 2004
BY _____ 009

MINUTES FORM 11                                Initials of Deputy Clerk _____
CIVIL - GEN