UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only ✓

Case No.   CV 00-296-CAS                              Date: October 6, 2004

Title:   LAWRENCE I. WECHSLER -V- MACKE INTERNATIONAL TRADE, INC., ET AL

========================================================================
PRESENT:
              THE HONORABLE CHRISTINA A. SNYDER, JUDGE
                                         Sharon Seffens (A.M. ONLY)
     Maynor R. Galvez                    Laura Elias (P.M. ONLY)
       Courtroom Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
THOMAS SMEGAL                         CONRAD SOLUM
PAUL N. CONOVER                       RICHARD S. LUSKIN

_____ DAY COURT TRIAL    2nd DAY JURY TRIAL    _____ Jury impaneled and sworn.
                                                     (See separate list.)

_____ Opening statements made

  X   Witnesses called, sworn & testified.
  X   Exhibits identified.   X   Exhibits admitted.

_____ Plaintiff(s) rests.        _____ Defendant(s) _____ rests.

_____ Closing arguments made by _____  _____ Court instructs jury.

_____ Bailiff/matron sworn.  _____ Jury Retires to deliberate.  _____ Jury returns.

_____ Jury Verdict in favor of _____ is read and FILED.

_____ Jury polled.  _____ Polling waived.   _____ FILED jury notes.

_____ FILED witness and exhibit list(s).    _____ FILED jury instructions.

_____ JUDGMENT BY THE COURT in favor of _____ is read and FILED.

_____ Findings, Conclusions of Law & Judgment to be prepared by _____

_____ Submitted.   _____ Briefs to be filed by _____.

_____ Motion of _____ to dismiss is ORDERED   _____ DENIED   _____ GRANTED

_____ Motion of _____ for judgment as a matter of law is _____ DENIED _____ GRANTED

_____ Motion of _____ for mistrial is _____ DENIED _____ GRANTED.
      _____ MISTRIAL DECLARED.

_____ Settlement reached and placed on the record.

  X   Case continued to 10/7/04, AT 9:30 A.M. for   X   further trial _____ further jury
              deliberations.

_____ Other: _____



DOCKETED ON CM
OCT 19 2004
BY _____ 009

MINUTES FORM 11                              Initials of Deputy Clerk ___
CIVIL - GEN

