Priority Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only



FILED
CLERK, U.S. DISTRICT COURT
OCT 13 2004
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### Western Division

LAWRENCE I. WECHSLER,

    Plaintiff,

v.

MACKE INTERNATIONAL TRADE, INC., and ANTHONY O'ROURKE

    Defendant.

CASE NO.
CV 00-00296-CAS

SPECIAL VERDICT



DOCKETED ON CM
OCT 19 2004
BY       MG    009



We, the jury, find as follows:

1. Do you find that Mr. Wechsler has shown by a preponderance of the evidence that Mr. O'Rourke is personally liable for infringement of the Wechsler patent?

"YES" is a finding for Mr. Wechsler. "NO" is a finding for Mr. O'Rourke

YES _____   NO __X__

2. Do you find by clear and convincing evidence that Defendants have willfully infringed based upon Defendants becoming aware of the content of the Wechsler patent in 1997 through the meetings between Mr. Woods and Mr. O'Rourke and his representatives, and thereafter commencing sales of the original Handi-Drink?

"YES" is a finding for Mr. Wechsler. "NO" is a finding for Defendants

YES _____   NO __X__

3. Do you find by clear and convincing evidence that Defendants have willfully infringed based upon Defendants becoming aware of the content of the Wechsler patent in April 1999 and then continuing to sell the original Handi-Drink?

"YES" is a finding for Mr. Wechsler. "NO" is a finding for Defendants

YES __X__   NO _____

4. What are the total damages owed to Mr. Wechsler for the infringement of the Wechsler patent?

LOST PROFITS: $ 630,600

REASONABLE ROYALTY: $ 25,535

TOTAL: $ 656,135

_[signature]_
Signature of Jury Foreperson