# LIST OF EXHIBITS AND WITNESSES

FILED
CLERK, U.S. DISTRICT COURT

OCT 1 2 2004

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| Case Number | CV 00-296-CAS | Judge : CHRISTINA A. SNYDER |
|---|---|---|
| Title | LAWRENCE I. WECHSLER -V- | |
| | MACKE INTERNATIONAL TRADE, INC., ET AL | |
| Dates of Trial | 10-5, 10-6, 10-7, 10-8, | Priority |
| | | Send ✓ |
| Court Reporters | LAURA ELIAS(10/5/04) (10/6/04, 10/7/04, 10/8/04 pm only) | Enter ___ |
| | | Closed ___ |
| | SHARON SEFFENS (10/6/04, 10/7/04, 10/8/04 a.m. only) | JS-5/JS-6 ___ |
| | | JS-2/JS-3 ___ |
| | | Scan Only ___ |
| Deputy Clerks | Maynor Galvez | |

| Attorney(s) for Plaintiff(s) | Attorney(s) for Defendant(s) |
|---|---|
| THOMAS SMEGAL | CONRAD SOLUM |
| PAUL N. CONOVER | RICHARD S. LUSKIN |
| IRFAN A. LATEEF | |

| Plaintiff(s) | | | Defendant(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | SEE ATTACHED LIST | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

DOCKETED ON CM

OCT 1 9 2004

BY _____ MG _____ 009

285

Pursuant to Local Rule 16-5, Lawrence I. Wechsler ("Wechsler") and Macke International Trade, Inc. and Anthony O'Rourke (collectively "Macke") hereby submit the following Second Amended Joint Trial Exhibit List:

| TRIAL EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 15 | Original Handi-Drink | 10/5/04 | 10/5/04 |
| 16 | Handi-Drink 2 | 10/6/04 | 10/6/04 |
| 17 | Handi-Drink 4 | 10/6/04 | 10/6/04 |
| 18 | Defendants' European pet water dispenser | 10/7/04 | 10/7/04 |
| 19 | "Gulpy" pet water dispenser | 10/6/04 | 10/6/04 |
| 22 | New Angle Pet Products, Inc.'s "Trilog" basking accessory | 10/6/04 | 10/6/04 |
| 23 | New Angle Pet Products, Inc.'s "Spaceball" drool free play toy | 10/6/04 | 10/6/04 |
| 24 | Terra Aqua, Inc.'s "Natuary" aquatic reptile habitat sales brochure | 10/6/04 | 10/6/04 |
| 25 | All-Glass Aquarium 2003 Catalog | | |
| 28 | Second Supplemental Expert Report of Alan G. Goedde, dated 02/23/04 | | |

| TRIAL EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 30 | U.S. Patent No. 5,636,592 to Wechsler | 10/6/04 | 10/6/04 |
| 30A | Enlarged copy of U.S. Patent No. 5,636,592 (Exhibit 30) | | |
| 31 | U.S. Patent No. 5,738,039 to Berman, et al. | 10/7/04 | 10/7/04 |
| 32 | Excerpt from file history of U.S. Patent No. 5,738,039 to Berman, et al. | | |
| 33 | Plaintiff's time line chart of relevant events | | |
| 33A | Enlargement of Plaintiff's time line chart (Exhibit 33) | | |
| 34 | Handi-Drink award; Dog Fancy Magazine, 1/99 | 10/6/04 | 10/6/04 |
| 35 | Handi-Drink award; Dog Fancy Magazine, 6/99 | | |
| 36 | Handi-Drink ad [MI000195] | | |
| 37 | Handi-Drink ad [MI000196] | | |
| 38 | Handi-Drink 2 ad [MI000197] | | |
| 39 | Handi-Drink 2 ad [MI000198] | | |
| 40 | Handi-Drink ad [MI000199] | | |

| TRIAL EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 41 | Facsimile message from MIT to N. Schmid, PetsMart, dated 4/3/98 [PET00014] | | |
| 42 | Presentation of product merits of Handi-Drink to PetsMart [PET00016] | | |
| 43 | Facsimile message from MIT to N. Schmid, PetsMart, dated 1/24/00 [PET00056-57] | | |
| 44 | Handi-Drink award announcement [PET00062] | | |
| 45 | Handi-Drink press release [PET00063] | | |
| 46 | MIT Invoice No. P-04120, dated 4/13/00 [MI000234] | | |
| 47 | MIT amended P.O. No. 7057, dated 3/1/00 [MI000302] | | |
| 48 | Packing List for P.O. 7057 [MI000304] | | |
| 49 | Handwritten sales list for HD-1 closeout 4/1/00 - 5/6/00 [MI000236] | | |
| 50 | Letter from Richard E. Lyon, Jr. to L. Wechsler, dated 6/17/99 [000148-149] | 10/6/04 | 10/6/04 |

| TRIAL EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 51 | Letter from Richard E. Lyon, Jr. to L. Wechsler, dated 7/8/99 [000151-153] | 10/6/04 | 10/6/04 |
| 52 | Letter from Richard E. Lyon, Jr. to L. Wechsler, dated 7/26/99 [000154-155] | 10/6/04 | 10/6/04 |
| 53 | Letter from Conrad R. Solum, Jr. to L. Wechsler, dated 8/4/99 [000156-157] | 10/6/04 | 10/6/04 |
| 54 | Letter from Conrad R. Solum, Jr. to L. Wechsler, dated 9/13/99 [000161-162] | | |
| 55 | Letter from Conrad R. Solum, Jr. to Anthony O'Rourke, dated 10/11/99 | 10/7/04 | 10/7/04 |
| 56 | Letter from L. Wechsler to Richard E. Lyon, Jr., dated 6/11/99 [000139] | 10/12/04 | 10/12/04 BY STIP |
| 57 | Letter from R. Wechsler to Conrad R. Solum, Jr., dated 9/7/99 [000141-143] | | |
| 58 | Letter from R. Wechsler to Conrad R. Solum, Jr., dated 9/27/99 [000144] | | |
| 59 | Letter from R. Wechsler to Conrad R. Solum, Jr., dated 10/4/99 [000145] | | |

| TRIAL EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 60 | Transcript of the deposition of Anthony O'Rourke taken 2/28/01 | 10/7/04 | NO |
| 61 | Transcript of the deposition of Anthony O'Rourke taken 10/12/01 | | |
| 62 | Transcript of the deposition of Anthony O'Rourke taken 12/12/03 | 10/7/04 | NO |
| 63* | Correspondence between L. Wechsler and his factory, dated 5/4/98 to 8/14/00 [000169-247] | 10/6/04 | 10/6/04 |
| 64 | Sketch by Anthony O'Rourke; soft squeeze value on Evian bottle, dated 1/30/98 [MI000226] | 10/8/04 | 10/8/04 |
| 65* | Sketch by Anthony O'Rourke; telescoping lap pan design, dated 10/29/97 [MI000229] | 10/8/04 | 10/8/04 |
| 66* | Sketch by Anthony O'Rourke; snap on bowl design, dated 9/23/97 [MI000233] | | |
| 67* | Facsimile message from MIT to Art Russell, dated 2/4/98 [MI000151] | | |
| 68 | Facsimile message from MIT to John Halff, dated 2/10/98 [MI000152] | | |

| TRIAL EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 69 | Facsimile message from MIT to Art Russell, dated 2/11/98 [MI000153] | | |
| 70 | Non-disclosure Agreement between MIT and John Woods, dated 7/15/97 [JW 256-258] | 10/5/04 | 10/5/04 |
| 71 | Provisional patent application serial No. 60/055134 of John Woods, filed 8/8/97 [JW 193-255] | 10/5/04 | 10/5/04 |
| 72 | Non-disclosure Agreement between MIT and John Woods, dated 9/4/97 [JW 259-260] | 10/5/04 | 10/5/04 |
| 73 | Memorandum of Understanding between MIT and John Woods, dated 9/4/97 [JW 274] | 10/5/04 | 10/5/04 |
| 74 | Memorandum from John Halff to John Woods, dated 11/6/97 [JW 275] | 10/5/04 | 10/5/04 |
| 75 | Memorandum from John Halff to John Woods, dated 12/12/97 [JW 273] | 10/5/04 | 10/5/04 |
| 76 | Invoice for "Gulpy" pet water dispenser, dated 6/11/01 | 10/6/04 | 10/6/04 |
| 77 | "Gulpy" pet water dispenser, dealer price list, dated 9/01 | 10/6/04 | 10/6/04 |

| TRIAL EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 78 | "Gulpy" pet water dispenser, dealer price list, dated 10/01 | 10/6/04 | 10/6/04 |
| 79 | "Gulpy" pet water dispenser, dealer price list, dated 12/01 | 10/6/04 | 10/6/04 |
| 80 | "Gulpy" pet water dispenser, dealer price list, dated 10/03 | 10/6/04 | 10/6/04 |
| 81 | Chart of Plaintiff's lost profits calculations | | |
| 81A | Enlarged copy of lost profits calculation chart (Exhibit 81) | | |
| 82 | Hard copy of Handi-Drink website page | 10/7/04 | 10/7/04 |
| 83 | Complaint for Breach of Contract and Breach of Confidential Relationship filed on 3/23/99 in *Woods v. Macke International Trade, Inc.*, Los Angeles County Superior Court Case No. BC207573 | 10/5/04 | 10/5/04 |
| 84 | File history for U.S. Patent 5,738,039 to Berman, et al. | 10/7/04 | 10/7/04 |
| 85 | File history for U.S. Patent Application for portable pet bowl, Serial No. 08/499,936 | 10/5/04 | 10/5/04 |

| TRIAL EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 86 | Application for United States Letters Patent for Portable Pet Bowl by Berman, et al. [JW 57-85] | | |
| 87 | 1/7/98 letter to Macke International Trade from Maria Bartush of Lyon & Lyon re legal fees owing with attached reminder statement [MI 836-837] | | |
| 88 | Lyon & Lyon billing report "Billed Recap of Time" for 9/2/97 through 10/31/97 | | |
| 89 | 7/29/04 Letter to Irfan A. Lateef from Conrad Solum, Jr. re Lyon & Lyon invoices | | |
| 90 | Confidential Exhibit F to Declaration of John R. Woods in Support of Plaintiff's Response to Defendants' Expected Position Regarding the Assets of Macke International, Inc. in Connection with Defendants' Motion for Summary Judgment | | |
| 91 | Declaration of Richard E. Lyon, Jr. in Support of Motion in Limine Re John R. Woods with attached U.S. Patent 5,738,039 to Berman, et al. | | |
| 92 | File history for U.S. Patent 5,960,742 to O'Rourke, et al. | 10/7/04 | 10/7/04 |

-8-

| TRIAL EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 93 | Product License and Consulting Agreement between Anthony O'Rourke and Macke International Trade, Inc. dated 4/7/96 | 10/7/04 | 10/7/04 |
| 94 | File history for U.S. Patent 6,960,742 from Lyon & Lyon files | | |
| 95 | Defendants' Trial Brief dated 9/17/04 | | |
| 96 | Invoice 3663678 from Lyon & Lyon  to Macke International Trade, Inc. dated October 31, 1997 | 10/7/04 | 10/7/04 |
| 103 | U.S. Patent No. 2,874,678 to Bradley | | |
| 112 | Responses to First Set of Interrogatories From Defendant Macke International, Trade, Inc. (by Plaintiff) | | |
| 113 | Handi-Drink 2 Product | | |
| 113A | Photographs of Handi-Drink 2 (Exhibit 113) | | |
| 116 | British Patent No. 185,654 to Venn-Carr | | |

| TRIAL EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 118 | Expert Report of Alan G. Goedde dated 3/4/01+(Plaintiff's Expert) | | |
| 119 | Advertisements for Handi-Drink products | | |
| 120 | Resume of Lawrence I. Wechsler | | |
| 121 | Advertisement for the "Water Rover" portable pet water bowl by G4 Ventures, Inc. | | |
| 122 | Advertisement for the "Cool Pooch" sport bottle | | |
| 123 | Copy of the Decision in *Georgia-Pacific Corp. v. U.S. Plywood Corp.*, 318 F. Supp 1116 (S.D.N.Y. 1970) | 10/8/04 | |
| 124 | Copy of Decision in *Panduit Corp. v. Stahlin Bros. Fiber Works, Inc.*, 575 F.2d 1152 (6th Cir. 1978). | 1/7/04 | NO |
| 127 | U.S. Patent No. 1,431,472 to Liggett | | |
| 128 | U.S. Patent No. 4,450,790 to Stansbury | | |
| 129 | U.S. Patent No. 5,467,735 to Chrisco | | |

| TRIAL EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 130 | U.S. Patent No. 2,688,422 to Eisenberg | | |
| 131 | U.S. Patent No. 4,153,011 to Weissman | | |
| 132 | U.S. Patent No. 5,603,436 to Leoncavallo et al. | | |
| 133 | U.S. Design Patent No. 358,530 to Mehra et al. | | |
| 134 | Transcript of the deposition of Lawrence I. Wechsler taken January 29, 2001 | 10/6/04 | |
| 135 | Transcript of the deposition of Alan G. Goedde taken March 28, 2001 | | |
| 136 | Order Construing Patent by Judge Snyder filed August 20, 2001 | | |
| 137 | Order Granting Summary Judgment by Judge Snyder filed February 13, 2002 | | |
| 138 | Judgment and Decision by the Circuit Court of Appeals for the Federal Circuit dated January 29, 2003 | | |
| 140 | Physical Model of the device of British Patent No. 185,654 to Venn-Carr | | |

-11-

| TRIAL EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 140A | Photographs of the Venn-Carr physical Model (Exhibit 140) | | |
| 141 | Drawings from the Venn-Carr British Patent No. 185,654 | | |
| 141A | Enlarged drawings from the Venn-Carr British Patent No. 185,654 (Exhibit 141) | | |
| 142 | Physical model of the device of Leoncavallo U.S. Patent No. 5,603,436 | | |
| 142A | Photographs of the physical model of U.S. Patent No. 5,603,436 to Leoncavallo (Exhibit 142) | | |
| 143 | Drawings from the Leoncavallo 5,603,436 Patent and Mehra 358,530 Design Patent | | |
| 143A | Enlargements of the drawings from the Leoncavallo 5,603,436 Patent and Mehra Design Patent 358,530 (Exhibit 143) | | |
| 144 | U.S. Patent No. 5,960,742 to O'Rourke et al. | 10/7/04 | 10/7/04 |
| 144A | Prosecution history of the O'Rourke U.S. Patent No. 5,960,742 (Exhibit 144) | | |

-12-

| TRIAL EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 145 | Chart of Claim 1 of the Wechsler '592 Patent reading on the Leoncavallo '436 and Venn-Carr '654 Patents | | |
| 145A | Enlargement of Exhibit 145 | | |
| 146 | Chart of Claim 2 of the Wechsler '592 Patent reading on the Leoncavallo '436 and Venn-Carr '654 Patents | | |
| 146A | Enlargement of Exhibit 146 | | |
| 147 | Chart of Claim 3 of the Wechsler '592 Patent reading on the Leoncavallo '436 and Venn-Carr '654 Patents | | |
| 147A | Enlargement of Exhibit 147 | | |
| 148 | Chart of Claim 11 of the Wechsler '592 Patent reading on the Leoncavallo '436 and Venn-Carr '654 Patents | | |
| 148A | Enlargement of Exhibit 148 | | |
| 149 | Chart of Claim 12 of the Wechsler '592 Patent reading on the Leoncavallo '436 and Venn-Carr '654 Patents | | |
| 149A | Enlargement of Exhibit 149 | | |

| TRIAL EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 150 | Chart of Claim 14 of the Wechsler '592 Patent reading on the Leoncavallo '436 and Venn-Carr '654 Patents | | |
| 150A | Enlargement of Exhibit 150 | | |
| 151 | Chart of Claim 18 of the Wechsler '592 Patent reading on the Leoncavallo '436 and Venn-Carr '654 Patents | | |
| 151A | Enlargement of Exhibit 151 | | |
| 152 | Chart of Claim 19 of the Wechsler '592 Patent reading on the Leoncavallo '436 and Venn-Carr '654 Patents | | |
| 152A | Enlargement of Exhibit 152 | | |
| 153 | Chart of Claim 20 of the Wechsler '592 Patent reading on the Leoncavallo '436 and Venn-Carr '654 Patents | | |
| 153A | Enlargement of Exhibit 153 | | |
| 154 | Supplemental Expert Report of Alan G. Goedde (Plaintiff's Expert) | | |
| 155 | Request For Admissions by Defendants served December 22, 2000 | | |

| TRIAL EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 156 | Response to Request For Admission by Plaintiff served January 23, 2001 | | |
| 157 | Joint Claim Construction Statement by the parties served March 13, 2001 | | |
| 158 | Second Set of Requests For Admissions to Plaintiff From Defendants served September 29, 2003 | | |
| 159 | Plaintiff's Response to Defendants' Second Set of Requests For Admissions served November 3, 2003 | | |
| 160 | Responses to Second Set of Interrogatories From Defendant Macke International Trade, Inc. By Plaintiff served October 27, 2003 | | |
| 161 | Declaration of Lawrence I. Wechsler in Opposition to Motion for Summary Judgment of Invalidity served 11/3/03 | | |
| 162 | Settlement Agreement by and between PetsMart and Plaintiff of June 2003 | 10/6/04 | 10/6/04 |

| TRIAL EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 163 | Non-Disclosure Agreement between Defendant Macke International Trade, Inc. and John Woods | | |
| 164 | Settlement Agreement between Defendant Macke International Trade, Inc. and John Woods | 10/5/04 | NO |
| 165 | Expert Report of Kent P. Anderson, Ph.D. dated March 26, 2001 | 10/8/04 | |
| 166 | Expert Report of Martin J. Siegel, P.E. dated March 26, 2001 | | |
| 167 | Expert Report of William E. Thompson, Jr. dated March 26, 2001 | | |
| 168 | Declaration of John R. Woods in Support of Plaintiff's Response (with Exhibits) dated February 17, 2004 | | |
| 187 | Prosecution History of the Berman, Greenland and Woods U.S. Patent Application S.N. 08/646,748, Patent No. 5,738,039 | | |
| 188 | Prosecution History of Berman, Greenland and Woods U.S. Patent Application S.N. 08/499,936 | | |

| TRIAL EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 190 | Letter from John R. Woods to Lawrence I. Wechsler dated February 12, 2004 | | |
| 192 | Supplemental Expert Report of Alan Goedde dated July 19, 2001 | | |
| 193 | Second Supplemental Expert Report of Alan Goedde dated February 23, 2004 | | |
| 199 | Transcript of the Deposition of Alan G. Goedde taken July 23, 2004 (with Exhibits) | | |
| 200 | Transcript of the Deposition of John R. Woods taken July 22, 2004 (with Exhibits) | | |
| 201 | John R. Woods' File of Patent Applications S.N. 08/499,936 and 08/646,748 [JW 0001-0255] | 10/5/04 | 10/5/04 |
| 202 | Richard E. Lyon's Day Book pages for September 2 and 3, 1997 | 10/7/04 | 10/7/04 |
| 203 | Lyon & Lyon LLP Accounting Record Sheets for Matter No. 002251942 | | |
| 204 | Email from Lawrence Wechsler to John R. Woods dated June 22, 2004 | | |

-17-

| TRIAL EX. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 205 | Lyon & Lyon Invoices to Macke dated June 30, August 29, September 30, October 31 and November 29, 1997 | 10/7/04 | 10/12/04 |
| 206 | | 10/6/04 | 10/6/04 |
| 207 | | 10/6/04 | 10/6/04 |
| 208 | | 10/6/04 | 10/6/04 |

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 24 Sept. 2004        By: _____
Thomas F. Smegal, Jr.
Paul N. Conover
Irfan A. Lateef
Attorneys for Plaintiff,
LAWRENCE I. WECHSLER

FULBRIGHT & JAWORSKI LLP

Dated: Sept 24, 2004        By: _____
Conrad R. Solum, Jr.
Attorneys for Defendants MACKE
INTERNATIONAL TRADE INC. and
ANTHONY O'ROURKE

H:\DOCS\IAL\IAL-3344.DOC://rc1
091504

-18-

## PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California.

On **September** 24 , **2004** I served the within **Second Amended Joint Exhibit List** on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

**Via Facsimile and Federal Express**:

Conrad R. Solum, Jr.
FULBRIGHT & JAWORSKI LLP
865 South Figueroa Street, 29th Floor
Los Angeles, CA 90017-2576
Telephone: (213) 892-9200
Facsimile: (213) 680-4518

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **September** 24 , **2004**, at Irvine, California.

Shirley Del Rosario

WECHSL.001L
H:\DOCS\IAL\IAL-3344.DOC://rc1
091504

Pursuant to Local Rule 16-4, F.R.Civ.P. 26(a)(3)(A) and the Hearing on September 22, 2004, Defendants submits the following list of witnesses that Defendants intend to call or may call at the trial of this matter.

A.    Anthony O'Rourke

B.    Richard E. Lyon, Jr.

C.    Kent P. Anderson, Ph.D. —— 10|8|04

D.    William E. Thompson, Jr.*

E.    E. Paul Berman* - c/o T-2 Design, 1238 7th Street, Santa Monica, CA 90401; Telephone:  (310) 656-9922.

F.    Kevin Koloszvari* - c/o Lazy Pet, 540 W. Lambert, Brea, CA 92821; Telephone: (714) 529-0400.

G.    E. Arthur Russell* - 3852 Bledsoe, Los Angeles, CA  90066; Telephone: (310) 391-9522. —— 10|8|04

H.    John Halff* - 9924 Durant Drive, Beverly Hills, CA  90212; Telephone: (310) 282-8123.

Respectfully submitted

FULBRIGHT & JAWORSKI LLP

Dated: *Sept 24, 04*        By: _Conrad N. Solum Jr._

Conrad R. Solum, Jr.
Attorneys for Defendants
Macke International, Trade, Inc. and
Anthony O'Rourke

25457467.1                                1

T-574 P.004/004 F-390

12138920684

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 865 South Figueroa Street, 29th Floor, Los Angeles, CA 90017-2576.

On SEPTEMBER 24, 2004, I served the foregoing document described as

**DEFENDANTS' AMENDED WITNESS LIST**

on each interested party, as follows:

> Mr. Robert E. Wechsler
> Wechsler & Wechsler
> One Barstow Road
> Great Neck, New York 11021
>
> Mr. Thomas F. Smegal, Jr.
> Irfan Lateef
> Knobbe Martens Olson & Bear LLP
> 2040 Main Street, 14th Floor
> Irvine, CA 92614

**(By Facsimile and First Class Mail)** I faxed a true copy of the foregoing document to each party and placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Fulbright & Jaworski LLP, Los Angeles, California. I am readily familiar with Fulbright & Jaworski's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

Executed on SEPTEMBER 24, 2004 at Los Angeles, California.
I declare under penalty of perjury that the foregoing is true and correct.

Saundra L. Carr
     (Name)

*Saundra L. Carr*
     (Signature)

Pursuant to Local Rule 16-4, Plaintiff Lawrence I. Wechsler submits the following amended list of witnesses intended to be called at trial:

1.   Lawrence I. Wechsler — 10/6/04
     One Wooleys Lane
     Great Neck, NY 11023
     (516) 773-3565

2.   Alan G. Goedde — 10/6/04, 10/7/04
     Freeman & Mills, Incorporated
     350 South Figueroa Street, Suite 900
     Los Angeles, CA 90071
     (213) 620-9535

3.   John R. Woods
     1351 N. Crescent Heights, # 208 – 10/5/04
     West Hollywood, CA 90046
     (323) 252-9584

4.   Richard E. Lyon, Jr. — 10/7/04
     Holland & Knight LLP
     633 W. Fifth Street, 21st Floor
     Los Angeles, CA 90071
     (213) 896-2400

5.   Anthony O'Rourke
     c/o Macke International Trade, Inc. — 10/7/04
     23852 Pacific Coast Hwy, Suite 201
     Malibu, CA 90265
     (310) 457-4230

6.   Conrad R. Solum
     Fulbright & Jaworski LLP
     865 South Figueroa Street, 29th Floor
     Los Angeles, CA 90017
     (213) 892-9200

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 19 Sept. 2004    By: _____
                             Thomas F. Smegal, Jr.
                             Paul N. Conover
                             Irfan A. Lateef
                        Attorneys for Plaintiff,
                        LAWRENCE I. WECHSLER

-1-

## PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California.

On **September 20, 2004**, I served the within **PLAINTIFF LAWRENCE I. WECHSLER'S AMENDED TRIAL WITNESS LIST** on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

**Via First Class Mail**:

Conrad R. Solum, Jr.
FULBRIGHT & JAWORSKI LLP
865 South Figueroa Street, 29th Floor
Los Angeles, CA 90017-2576
Telephone: (213) 892-9200
Facsimile: (213) 680-4518

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **September 20, 2004**, at Irvine, California.

Shirley Del Rosario

WECHSL.001L
H:\DOCS\IAL\IAL-3339.DOC
091304