Priority ✓
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
OCT 27 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

1  Robert E. Wechsler, *Pro Hac Vice*
   **WECHSLER & WECHSLER**
2  1 Barstow Rd., Ste P-9
   Great Neck, New York 11021
3  Telephone: (516) 773-3565
4  Facsimile: (516) 466-3778

5  Thomas F. Smegal, Jr. (CSB # 34,819)
   Paul N. Conover (CSB # 192,358)
6  Irfan A. Lateef (CSB # 204,004)
   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
7  2040 Main Street, Fourteenth Floor
   Irvine, California 92614
8  Telephone: (949) 760-0404
   Facsimile: (949) 760-9502

9  Attorneys for Plaintiff
10 **LAWRENCE I. WECHSLER**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LAWRENCE I. WECHSLER, | Civil Action No. CV 00-00296 CAS (BQRx) |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **FINAL JUDGMENT** |
| MACKE INTERNATIONAL TRADE, INC., and ANTHONY O'ROURKE, | The Honorable Christina A. Snyder |
| Defendants. | |

ENTERED
CLERK, U.S. DISTRICT COURT
OCT 28 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

LODGED
2004 OCT 26 AM 10:26

The Court of Appeals for the Federal Circuit having previously determined that the Handi-Drink 1 product infringes Plaintiff Lawrence I. Wechsler's U.S. Patent No. 5,636,592 (the "'592 patent"), and the Defendants having conceded infringement of Claims 1, 2, 3, 11, 12, 14, 18, 19 and 20 of the '592 Patent by the Handi-Drink 1 and "hinged" Handi-Drink 4 product, this action came for trial before the Court and a jury, with the Honorable Christina A. Snyder, United States District Judge, presiding. During the course of the trial, Defendants withdrew their invalidity defenses and thereby conceded to the validity of the '592 Patent. Following the presentation of the evidence, the jury was instructed and, on October 13, the jury rendered its verdicts. A copy of the special verdict form completed by the jury is attached hereto as Exhibit A and is incorporated herein by reference. The issues having been duly tried and the jury having rendered its verdict,

IT IS HEREBY ORDERED AND ADJUDGED AND DECREED:

1. That the manufacture, sale, offer to sell, use and/or importation of the Handi-Drink 1 and "hinged" Handi-Drink 4 products infringe claims 1, 2, 3, 11, 12, 14, 18, 19 and 20 of the '592 Patent;

2. That claims 1, 2, 3, 11, 12, 14, 18, 19 and 20 of the '592 Patent are not invalid;

3. Plaintiff Lawrence I. Wechsler is owed the sum of $656,135 as compensatory damages for the infringement of the '592 patent, with interest thereon to be later determined by the Court; and

///
///
///
///
///
///

4. That determination of any award of enhanced damages under 35 U.S.C. § 284, attorney fees under 35 U.S.C. § 285, costs under Fed. R. Civ. P. 54(d)(1), and the scope of an injunction against further infringement, shall be later made by the Court, upon motion.

Dated: 10/27/04

Christina A. Snyder
United States District Court Judge

Respectfully proposed by:

KNOBBE, MARTENS, OLSON & BEAR, LLP

By: _____
Thomas F. Smegal, Jr.
Paul N. Conover
Irfan A. Lateef
Attorneys for Plaintiff,
LAWRENCE I. WECHSLER

Priority Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
OCT 13 2004
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

SCANNED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## Western Division

| | |
|---|---|
| LAWRENCE I. WECHSLER, | CASE NO. CV 00-00296-CAS |
| Plaintiff, | |
| v. | SPECIAL VERDICT |
| MACKE INTERNATIONAL TRADE, INC., and ANTHONY O'ROURKE | |
| Defendant. | |

DOCKETED ON CM
OCT 19 2004
BY      009

284

Exhibit A Page 1 of 2

We, the jury, find as follows:

1. Do you find that Mr. Wechsler has shown by a preponderance of the evidence that Mr. O'Rourke is personally liable for infringement of the Wechsler patent?

   "YES" is a finding for Mr. Wechsler. "NO" is a finding for Mr. O'Rourke

   YES _____     NO __X__

2. Do you find by clear and convincing evidence that Defendants have willfully infringed based upon Defendants becoming aware of the content of the Wechsler patent in 1997 through the meetings between Mr. Woods and Mr. O'Rourke and his representatives, and thereafter commencing sales of the original Handi-Drink?

   "YES" is a finding for Mr. Wechsler. "NO" is a finding for Defendants

   YES _____     NO __X__

3. Do you find by clear and convincing evidence that Defendants have willfully infringed based upon Defendants becoming aware of the content of the Wechsler patent in April 1999 and then continuing to sell the original Handi-Drink?

   "YES" is a finding for Mr. Wechsler. "NO" is a finding for Defendants

   YES __X__     NO _____

4. What are the total damages owed to Mr. Wechsler for the infringement of the Wechsler patent?

   LOST PROFITS: $ 630,600

   REASONABLE ROYALTY: $ 25,535

   TOTAL: $ 656,135

   _____
   Signature of Jury Foreperson

4

Exhibit A Page 2 of 2

## PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California.

On October 25, 2004 I served the within **[Proposed] Final Judgment** on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

**Via Facsimile and First Class Mail**:

> Conrad R. Solum, Jr.
> FULBRIGHT & JAWORSKI LLP
> 865 South Figueroa Street, 29th Floor
> Los Angeles, CA 90017-2576
> Telephone: (213) 892-9200
> Facsimile: (213) 680-4518

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **October 25, 2004**, at Irvine, California.

_____
Shirley Del Rosario

WECHSL.001L
H:\DOCS\IAL\IAL-3401.DOC
102004