**ORIGINAL**

**LODGED**

2004 NOV -9 PM 12:48

1  Thomas F. Smegal, Jr. (CSB # 34,819)
   Paul N. Conover (CSB # 192,358)
2  Irfan A. Lateef (CSB # 204,004)
   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
3  2040 Main Street, Fourteenth Floor
   Irvine, California 92614
4  Telephone: (949) 760-0404
   Facsimile: (949) 760-9502
5
6  Attorneys for Plaintiff
   LAWRENCE I. WECHSLER
7
   Conrad R. Solum, Jr. (CSB # 30,741)
8  **FULBRIGHT & JAWORSKI LLP**
   865 South Figueroa Street, 29th Floor
9  Los Angeles, CA 90017-2576
   Telephone: (213) 892-9200
10 Facsimile: (213) 680-4518

11 Attorneys for Defendants MACKE
   INTERNATIONAL TRADE INC. and
12 ANTHONY O'ROURKE

FILED
CLERK, U.S. DISTRICT COURT
NOV 1 2 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

FAXED

| | |
|---|---|
| LAWRENCE I. WECHSLER,<br><br>Plaintiff,<br><br>v.<br><br>MACKE INTERNATIONAL TRADE, INC., and ANTHONY O'ROURKE,<br><br>Defendants. | Civil Action No.<br>CV 00-00296 CAS (BQRx)<br><br>**[PROPOSED] STIPULATED PERMANENT INJUNCTION**<br><br>The Honorable Christina A. Snyder |

DOCKETED ON CM
NOV 1 5 2004
BY _____ 009

302

1. The Court of Appeals for the Federal Circuit having previously determined that the Handi-Drink 1 product infringes Plaintiff Lawrence I. Wechsler's U.S. Patent No. 5,636,592 (the "'592 patent"), and the Defendants having conceded infringement of Claims 1, 2, 3, 11, 12, 14, 18, 19 and 20 of the '592 Patent by the Handi-Drink 1 and "hinged" Handi-Drink 4 product and that the '592 patent is not invalid, the parties have stipulated to the following:

1. Macke International Trade, Inc., its officers, servants, agents, employees, subsidiaries, affiliates and those persons in active concert with any of the foregoing parties are hereby enjoined from making, using, selling, offering to sell or importing in the United States the Handi-Drink 1 (otherwise known as the original Handi-Drink) or the "hinged" Handi-Drink 4 or any product that is no more than colorably different from the aforementioned products.

2. This injunction shall remain in effect until the '592 patent has expired or been held invalid or unenforceable in a final judgment from which no appeal can be taken.

3. This Court retains jurisdiction to monitor and enforce compliance with this injunction.

**STIPULATED AND AGREED:**

KNOBBE, MARTENS, OLSON & BEAR, LLP

Date: 9 Nov. 2004

By: _____
Irfan A. Lateef
Attorney for Plaintiff,
LAWRENCE I. WECHSLER

FULBRIGHT & JAWORSKI LLP

Date: Nov. 9, 2004

By: _____
Conrad R. Solum, Jr.
Attorney for Defendants
MACKE INT'L TRADE INC.
and ANTHONY O'ROURKE

**IT IS SO ORDERED:**

Dated: 11/10/04

By: _____
The Honorable Christina A. Snyder
United States District Court Judge

3390

-1-

# PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California.

On November 9, 2004 I served the within **[PROPOSED] STIPULATED PERMANENT INJUNCTION** on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

**Via Facsimile and First Class Mail**:

Conrad R. Solum, Jr.
FULBRIGHT & JAWORSKI LLP
865 South Figueroa Street, 29th Floor
Los Angeles, CA 90017-2576
Telephone: (213) 892-9200
Facsimile: (213) 680-4518

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **November 9, 2004**, at Irvine, California.

_____
Shirley Del Rosario

WECHSL.001L
H:\DOCS\IAL\IAL-3390.DOC
110504