UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA,

WESTERN DIVISION

| | |
|---|---|
| LAWRENCE I. WECHSLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MACKE INTERNATIONAL TRADE, INC. and ANTHONY O'ROURKE,<br><br>　　　　Defendants. | Case No. CV-00-00296 CAS (RZx)<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH RESPECT TO DEFENDANT ANTHONY O'ROURKE, AND STIPULATION TO AMENDMENT OF PRIOR ORDERS AND LIMITED CONSENT JUDGMENT WITH RESPECT TO MACKE INTERNATIONAL TRADE, INC.** |

　　　　The parties to this action having reached agreement on a basis for settlement of this action, and of all other disputes between them, in a Confidential Settlement Agreement, request the Court to enter this Stipulation and Order.

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, through the attorneys for Plaintiff, Lawrence I. Wechsler, and Defendants Anthony O'Rourke and Macke International Trade, Inc., parties to the above-entitled action, that:

　　　　1.　　The Final Judgments and any amendments thereto, previously entered by the Court, will be amended to state that "Defendants" shall refer only to Defendant Macke International Trade, Inc.

2.    The Final Judgment of the Court shall be, with respect to Anthony O'Rourke, that Anthony O'Rourke is not personally liable for any claims for infringement or any other claims by the Plaintiff in this action.

3.    The Final Judgment of the Court shall further be that Anthony O'Rourke is not the alter ego of the corporate defendant, Macke International Trade, Inc., and that Anthony O'Rourke did not induce infringement by Defendant Macke International Trade, Inc.

4.    The Final Judgment of the Court shall be for, and in favor of, Defendant Anthony O'Rourke, on all of Plaintiff's claims in this action.

5.    No damages, attorneys' fees, or monetary award is made against or in favor of any party hereto, including Wechsler, Macke, and O'Rourke.

6.    All previous injunctions issued by the Court are replaced by the following, to reflect that the injunction is only against Macke International Trade, Inc. Macke International Trade, Inc., and only Macke International Trade, Inc., is hereby enjoined from making, using, offering to sell or selling the Handi-Drink1 (otherwise known as the original Handi-Drink), or the "hinged" Handi-Drink4, in the United States, until such time as U.S. Patent No. 5,626,502 has expired or is held invalid or unenforceable in a final judgment from which no appeal can be taken.

7.    To the extent not yet accomplished, the Plaintiff shall, within ten (10) days, (1) dismiss, vacate and remove all liens, attachments, notices, and filings against Defendants, or any of them, and (2) provide notice to the Defendants of any such liens which were filed, and copies of the dismissals/vacations/removals or other negating of all such filings.

8.    Each party to this action will bear its own costs and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

1   9. The Court shall retain jurisdiction to enforce the Confidential
2   Settlement Agreement between the parties.
3   IT IS SO ORDERED.
4   Dated February 28, 2008

_____
Christina A. Snyder, United States District Judge
Central District of California